UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: Keith A. Young | * | Case No. 08-30397 S |
| SSN: xxx-xx-2902 | | |
| Kimberly A. Young | * | Chapter 13 |
| SSN: xxx-xx-8267 | | |
| | * | JUDGE RICHARD L. SPEER |
| Debtor | * | |

## ORDER

This matter came on to be heard upon the Motion to Dismiss for Failure to Make Plan Payments and for Lack of Feasibility filed by the Trustee herein, and requesting that the subject case be dismissed. The Debtors were further directed to file a responsive pleading and request for hearing.

The Court finds that copies of the Motion were mailed to the Debtors, Debtors' attorney and the Trustee. Further, the Court finds that the Debtors failed to file a responsive pleading.

For good cause shown, it is:

**ORDERED** that this proceeding be, the same hereby is, dismissed;

It is **FURTHER ORDERED** that John P. Gustafson, the Standing Chapter 13 Trustee, disburse any funds received prior to the date of this Order;

It is **FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, serve a notice of this Order of Dismissal upon the Debtors, Attorney for Debtors, Trustee, all Creditors & parties in interest.

Dated: OCT - 5 2009

/S/ RICHARD L. SPEER

RICHARD L. SPEER
United States
Bankruptcy Judge